UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRACY TRENDLE, individually and on behalf of all others similarly situated, | ) ) ) | Case No. 08 C 2418 |
| Plaintiff, | ) ) | Judge Kocoras |
| v. | ) ) | Magistrate Judge Nolan |
| SEALE 76, INC. d/b/a Jimano's Pizzeria Outlet 6, | ) ) | CLASS ACTION |
| Defendant. | ) | JURY DEMANDED |

**NOTICE OF FILING**

TO:   See Certificate of Service

PLEASE TAKE NOTICE that on June 13, 2008, Plaintiff's counsel filed *Plaintiff's First Amended Complaint*, a copy of which is attached and hereby served upon you.

> Respectfully Submitted,
>
> By: __/s/ Lance Raphael____
> One of Plaintiff's Attorneys

Lance A. Raphael
Stacy M. Bardo
Allison Krumhorn
The Consumer Advocacy Center, P. C.
180 W. Washington, Suite 700
Chicago, IL 60602
(312)782-5808

## *CERTIFICATE OF SERVICE*

  I, Sherry Joseph, a paralegal, hereby certify under penalties of perjury according to 28 U.S.C. § 1746 that on June 13, 2008, I electronically filed the attached *Plaintiff's First Amended Complaint,* with the Clerk of the Court using the CM/ECF system, which provides electronic notice to all counsel of record.


               ___/s/ Sherry Joseph_____
               Sherry Joseph, Paralegal