## United States District Court for the Northern District of Illinois

Case Number: 08CV2418                    Assigned/Issued By: DAJ

Judge Name:                              Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00
                ☐ IFP        ☐ No Fee    ☐ Other _____
                ☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____           Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                                  ☐ Alias Summons

☐ Third Party Summons                      ☐ Lis Pendens

☐ Non Wage Garnishment Summons             ☐ Abstract of Judgment
                                           _____
☐ Wage-Deduction Garnishment Summons       _____
                                           (Victim, Against and $ Amount)
☐ Citation to Discover Assets

☐ Writ _____
         (Type of Writ)

__1__ Original and __0__ copies on __06/19/08__ as to __SEALE 76 INC__
                                     (Date)

---

C:\wpwin80\docket\feeinfo.frm     03/14/05