AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TRACY TRENDLE

CASE NUMBER: 08 C 2418

V.

ASSIGNED JUDGE: Judge Kocoras

SEALE 76, INC. d/b/a
Jimano's Piizzeria Outlet 6

DESIGNATED
MAGISTRATE JUDGE: Judge Nolan

TO: (Name and address of Defendant)

SEALE 76, INC.
c/o Illinois Corporation Service C
801 Adlai Stevenson Drive
Springfield, IL. 62703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

The Consumer Advocacy Center, P.C.
Lance Raphael
180 W. Washington
Chicago, IL. 60602

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK



June 19, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7-1-2008 |
| NAME OF SERVER (PRINT) Greg Willing | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 801 Adlai Stevenson Dr. Springfield, IL 62703

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service on a Business: Holly Blankenship - Operations DOB: 10/1/80, White Female, 5'5, 150-160 Lbs, Brown Hair

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 3, 2008
Date      Signature of Server

PO Box 157 Lincoln, IL 62656
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

75940